**STATE of Missouri, Respondent,**

v.

**Derrick BANKS, Appellant.**

**Derrick BANKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 68683.

Missouri Court of Appeals,
Eastern District,
Division One.

June 24, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

---

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Derrick Banks, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of first degree assault, RSMo § 565.050 (Cum.Supp.1992), and armed criminal action, RSMo § 571.015 (Cum.Supp.1992).[1] We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of conviction is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would

---

1. Although this is a consolidated appeal, appellant raises no issues with respect to the denial of his Rule 29.15 motion. Accordingly, we deem that appeal abandoned. *State v. Nelson*, 818 S.W.2d 285, 287 (Mo.App. E.D.1991).

serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).